# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

IN RE:   Earnest v. Bravo Brio Restaurant Group, Inc. et al.,
4:14CV570-JM; Settlement Conference

## ORDER

In accordance with Amended General Order No. 54, Vernessa Gates and Erma Earnest are hereby authorized to bring electronic devices into the Courthouse on May 29, 2015, including but not limited to Blackberries, pagers, and cell phones, upon presentment of a copy of this Order to the Court Security Officer.

IT IS SO ORDERED this 26th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE