## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERMA J. EARNEST**                                                                                   **PLAINTIFF**

**V.**                                      **4:14CV00570 JM**

**BRAVO BRIO RESTAURANT**
**GROUP INC., et al.**                                                                              **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 1st day of June, 2015.

_____
James M. Moody Jr
United States District Judge